IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SERGEI PORTNOY,

    Plaintiff,                    No. 2:07-cv-2526 JAM JFM PS

    vs.

CITY OF WOODLAND, et al.,

    Defendants.              <u>ORDER</u>

        Plaintiff has requested an extension of time to file objections to the September 11, 2008 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 18, 2008 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve objections to the September 11, 2008 findings and recommendations.

DATED: September 30, 2008.

UNITED STATES MAGISTRATE JUDGE

/001; portnoy.eot

1