IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SERGEI PORTNOY,

     Plaintiff,                    No. 2:07-cv-2526 JAM JFM PS

    vs.

CITY OF WOODLAND, et al.,

     Defendants.          ORDER

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On September 11, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. On September 30, 2008, plaintiff was granted an additional thirty days in which to file objections. Plaintiff has filed objections to the findings and recommendations. Defendants have filed a reply.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 11, 2008, are adopted in full; and

2. Defendant's August 12, 2008 motion to dismiss is granted (docket no. 11), and this action is dismissed.

DATED: January 13, 2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

/port2526.805